## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY | : NO. 5:16-cv-04276-EGS<br>:<br>:<br>:<br>: |
| v. | : |
| | : JURY TRIAL DEMANDED |
| ELECTROLUX HOME PRODUCTS, INC. | : |

### DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S
### MOTION IN LIMINE TO PRECLUDE EVIDENCE OF ELECTROLUX'S
### TRANSITION TO THE BULKHEAD DRYER DESIGN

Defendant Electrolux Home Products, Inc. ("Electrolux"), by and through its counsel, Nicholson Law Group LLC, files the within Motion in Limine to Preclude Evidence of Electrolux's Transition to the Bulkhead Dryer Design, and avers as follows:

1.     Electrolux hereby moves this Honorable Court for entry of an Order precluding evidence regarding Electrolux's transition from the ball-hitch dryer design to the bulkhead dryer design at trial.

2.     In support thereof, Electrolux simultaneously files herewith and incorporates herein by reference its supporting Memorandum of Law.

Respectfully submitted,

NICOLSON LAW GROUP LLC

BY:     /s/ Melissa L. Yemma
CHERYL M. NICOLSON, ESQ.
Attorney I.D. No. 57422
MELISSA L. YEMMA, ESQ.
Attorney I.D. No. 92194
Rose Tree Corporate Center II
1400 N. Providence Road, Suite 6035

Media, PA 19063
(610) 891-0300
nicolson@nicolsonlawgroup.com
yemma@nicolsonlawgroup.com

JONATHAN F. FECZKO, ESQ.
Admitted *Pro Hac Vice*
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
(216) 696-3161
jonathan.feczko@tuckerellis.com

*Attorneys for Defendant Electrolux Home
Products, Inc.*

DATE: January 8, 2019

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE | : NO. 5:16-cv-04276-EGS |
| INDEMNITY COMPANY; ALLSTATE PROPERTY & | : |
| CASUALTY INSURANCE COMPANY; ALLSTATE | : |
| VEHICLE & PROPERTY INSURANCE COMPANY | : |
| | : |
| v. | : |
| | : JURY TRIAL DEMANDED |
| ELECTROLUX HOME PRODUCTS, INC. | : |

---

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendant, Electrolux Home Products, Inc.'s Motion in Limine to Preclude Evidence of Electrolux's Transition to the Bulkhead Dryer Design was served electronically on the date stated below, upon the following:

Raymond E. Mack, Esquire
Patrick A. Hughes, Esquire
de Luca Levine, LLC
Three Valley Square
512 E. Township Line Road, Suite 220
Blue Bell, PA 19422

NICOLSON LAW GROUP LLC

BY:     /s/ Melissa L. Yemma
        CHERYL M. NICOLSON, ESQ.
        Attorney I.D. No. 57422
        MELISSA L. YEMMA, ESQ.
        Attorney I.D. No. 92194
        Rose Tree Corporate Center II
        1400 N. Providence Road, Suite 6035
        Media, PA 19063
        (610) 891-0300
        nicolson@nicolsonlawgroup.com
        yemma@nicolsonlawgroup.com

        JONATHAN F. FECZKO, ESQ.
        Admitted *Pro Hac Vice*

TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
(216) 696-3161
jonathan.feczko@tuckerellis.com

*Attorneys for Defendant Electrolux Home
Products, Inc.*

DATE: January 8, 2019