**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY | : NO. 5:16-cv-04276-EGS<br>:<br>:<br>:<br>: |
| v. | : |
| ELECTROLUX HOME PRODUCTS, INC. | : JURY TRIAL DEMANDED<br>: |

**DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S**
**MOTION IN LIMINE TO PRECLUDE EVIDENCE OR ARGUMENT ABOUT**
**ELECTROLUX'S FAILURE TO RECALL OR RETROFIT ITS DRYERS**

Defendant Electrolux Home Products, Inc. ("Electrolux"), by and through its counsel, Nicholson Law Group LLC, files the within Motion in Limine to Preclude Evidence or Argument About Electrolux's Failure to Recall or Retrofit its Dryers, and avers as follows:

1. Electrolux hereby moves this Honorable Court for entry of an Order precluding evidence and argument about Electrolux's failure to retrofit or recall its dryers from being introduced at trial.

2. In support thereof, Electrolux simultaneously files herewith and incorporates herein by reference its supporting Memorandum of Law.

Respectfully submitted,

NICOLSON LAW GROUP LLC

BY:    /s/ Melissa L. Yemma
       CHERYL M. NICOLSON, ESQ.
       Attorney I.D. No. 57422
       MELISSA L. YEMMA, ESQ.
       Attorney I.D. No. 92194
       Rose Tree Corporate Center II
       1400 N. Providence Road, Suite 6035

Media, PA 19063
(610) 891-0300
nicolson@nicolsonlawgroup.com
yemma@nicolsonlawgroup.com

JONATHAN F. FECZKO, ESQ.
Admitted *Pro Hac Vice*
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
(216) 696-3161
jonathan.feczko@tuckerellis.com

*Attorneys for Defendant Electrolux Home Products, Inc.*

DATE: January 8, 2019

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY | : NO. 5:16-cv-04276-EGS : : : : |
| v. | : : : JURY TRIAL DEMANDED |
| ELECTROLUX HOME PRODUCTS, INC. | : |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Defendant, Electrolux Home Products, Inc.'s Motion in Limine to Preclude Evidence or Argument About Electrolux's Failure to Recall or Retrofit Its Dryers was served electronically on the date stated below, upon the following:

Raymond E. Mack, Esquire
Patrick A. Hughes, Esquire
de Luca Levine, LLC
Three Valley Square
512 E. Township Line Road, Suite 220
Blue Bell, PA 19422

NICOLSON LAW GROUP LLC

BY:  /s/ Melissa L. Yemma
CHERYL M. NICOLSON, ESQ.
Attorney I.D. No. 57422
MELISSA L. YEMMA, ESQ.
Attorney I.D. No. 92194
Rose Tree Corporate Center II
1400 N. Providence Road, Suite 6035
Media, PA 19063
(610) 891-0300
nicolson@nicolsonlawgroup.com
yemma@nicolsonlawgroup.com

JONATHAN F. FECZKO, ESQ.
Admitted *Pro Hac Vice*

                                          TUCKER ELLIS LLP
                                          950 Main Avenue, Suite 1100
                                          Cleveland, OH 44113
                                          (216) 696-3161
                                          jonathan.feczko@tuckerellis.com

*Attorneys for Defendant Electrolux Home Products, Inc.*

DATE: <u>January 8, 2019</u>