**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

ALLSTATE INSURANCE COMPANY; ALLSTATE          : NO. 5:16-cv-04276-EGS
INDEMNITY COMPANY; ALLSTATE PROPERTY &        :
CASUALTY INSURANCE COMPANY; ALLSTATE          :
VEHICLE & PROPERTY INSURANCE COMPANY          :
                                              :
                      v.                      :
                                              : JURY TRIAL DEMANDED
ELECTROLUX HOME PRODUCTS, INC.                :

---

**DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S
MOTION IN LIMINE TO PRECLUDE EVIDENCE OF AN
<u>INVESTIGATION OF DRYER FIRES IN JAPAN</u>**

Defendant Electrolux Home Products, Inc. ("Electrolux"), by and through its counsel,

Nicholson Law Group LLC, files the within Motion in Limine to Preclude Evidence of an

Investigation of Dryer Fires in Japan, and avers as follows:

1.      Electrolux hereby moves this Honorable Court for entry of an Order precluding

evidence of an investigation of dryer fires in Japan.

2.      In support thereof, Electrolux simultaneously files herewith and incorporates herein

by reference its supporting Memorandum of Law.

Respectfully submitted,

NICOLSON LAW GROUP LLC

BY:     /s/ Melissa L. Yemma_____
        CHERYL M. NICOLSON, ESQ.
        Attorney I.D. No. 57422
        MELISSA L. YEMMA, ESQ.
        Attorney I.D. No. 92194
        Rose Tree Corporate Center II
        1400 N. Providence Road, Suite 6035
        Media, PA 19063
        (610) 891-0300

nicolson@nicolsonlawgroup.com
yemma@nicolsonlawgroup.com

JONATHAN F. FECZKO, ESQ.
Admitted *Pro Hac Vice*
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
(216) 696-3161
jonathan.feczko@tuckerellis.com


*Attorneys for Defendant Electrolux Home Products, Inc.*

DATE: <u>January 8, 2019</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

ALLSTATE INSURANCE COMPANY; ALLSTATE         : NO. 5:16-cv-04276-EGS
INDEMNITY COMPANY; ALLSTATE PROPERTY &       :
CASUALTY INSURANCE COMPANY; ALLSTATE         :
VEHICLE & PROPERTY INSURANCE COMPANY         :
                                             :
                    v.                       :
                                             : JURY TRIAL DEMANDED
ELECTROLUX HOME PRODUCTS, INC.               :

---

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendant, Electrolux Home Products,

Inc.'s Motion in Limine to Preclude Evidence of an Investigation of Dryer Fires in Japan was

served electronically on the date stated below, upon the following:

Raymond E. Mack, Esquire
Patrick A. Hughes, Esquire
de Luca Levine, LLC
Three Valley Square
512 E. Township Line Road, Suite 220
Blue Bell, PA 19422

NICOLSON LAW GROUP LLC

BY:    /s/ Melissa L. Yemma
       CHERYL M. NICOLSON, ESQ.
       Attorney I.D. No. 57422
       MELISSA L. YEMMA, ESQ.
       Attorney I.D. No. 92194
       Rose Tree Corporate Center II
       1400 N. Providence Road, Suite 6035
       Media, PA 19063
       (610) 891-0300
       nicolson@nicolsonlawgroup.com
       yemma@nicolsonlawgroup.com

       JONATHAN F. FECZKO, ESQ.
       Admitted *Pro Hac Vice*

TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
(216) 696-3161
jonathan.feczko@tuckerellis.com

*Attorneys for Defendant Electrolux Home
Products, Inc.*

DATE: January 8, 2019