**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC. | : NO. 5:16-cv-04276-EGS<br>:<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>: |

**DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S MOTION IN LIMINE TO PRECLUDE THE ADMISSION OF EVIDENCE ABOUT OTHER LAWSUITS**

Defendant Electrolux Home Products, Inc. ("Electrolux"), by and through its counsel, Nicholson Law Group LLC, files the within Motion in Limine to Preclude the Admission of Evidence About Other Lawsuits, and avers as follows:

1. Electrolux hereby moves this Honorable Court for entry of an Order precluding the admission of evidence about other lawsuits.

2. In support thereof, Electrolux simultaneously files herewith and incorporates herein by reference its supporting Memorandum of Law.

Respectfully submitted,

NICOLSON LAW GROUP LLC

BY: /s/ Melissa L. Yemma
CHERYL M. NICOLSON, ESQ.
Attorney I.D. No. 57422
MELISSA L. YEMMA, ESQ.
Attorney I.D. No. 92194
Rose Tree Corporate Center II
1400 N. Providence Road, Suite 6035
Media, PA 19063
(610) 891-0300
nicolson@nicolsonlawgroup.com

yemma@nicolsonlawgroup.com

JONATHAN F. FECZKO, ESQ.
Admitted *Pro Hac Vice*
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
(216) 696-3161
jonathan.feczko@tuckerellis.com

*Attorneys for Defendant Electrolux Home Products, Inc.*

DATE: January 8, 2019

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY | : NO. 5:16-cv-04276-EGS : : : : |
| v. | : : JURY TRIAL DEMANDED |
| ELECTROLUX HOME PRODUCTS, INC. | : |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Defendant, Electrolux Home Products, Inc.'s Motion in Limine to Preclude Admission of Evidence About Other Lawsuits was served electronically on the date stated below, upon the following:

> Raymond E. Mack, Esquire
> Patrick A. Hughes, Esquire
> de Luca Levine, LLC
> Three Valley Square
> 512 E. Township Line Road, Suite 220
> Blue Bell, PA 19422

        NICOLSON LAW GROUP LLC

BY:   /s/ Melissa L. Yemma
       CHERYL M. NICOLSON, ESQ.
       Attorney I.D. No. 57422
       MELISSA L. YEMMA, ESQ.
       Attorney I.D. No. 92194
       Rose Tree Corporate Center II
       1400 N. Providence Road, Suite 6035
       Media, PA 19063
       (610) 891-0300
       nicolson@nicolsonlawgroup.com
       yemma@nicolsonlawgroup.com

       JONATHAN F. FECZKO, ESQ.
       Admitted *Pro Hac Vice*

                                                TUCKER ELLIS LLP
                                                950 Main Avenue, Suite 1100
                                                Cleveland, OH 44113
                                                (216) 696-3161
                                                jonathan.feczko@tuckerellis.com

*Attorneys for Defendant Electrolux Home Products, Inc.*

DATE: <u>January 8, 2019</u>