# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC. | : NO. 5:16-cv-04276-EGS<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>: |

## DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S
## MOTION FOR BIFURCATION

Defendant Electrolux Home Products, Inc. ("Electrolux"), by and through its counsel, Nicholson Law Group LLC, files the within Motion for Bifurcation, and avers as follows:

1. Electrolux hereby moves this Honorable Court for entry of an Order separating trial of Allstate's claim for punitive damages from the remaining issues in this case.

2. In support thereof, Electrolux simultaneously files herewith and incorporates herein by reference its supporting Memorandum of Law.

                                       Respectfully submitted,

                                       NICOLSON LAW GROUP LLC

BY:    /s/ Melissa L. Yemma
           CHERYL M. NICOLSON, ESQ.
           Attorney I.D. No. 57422
           MELISSA L. YEMMA, ESQ.
           Attorney I.D. No. 92194
           Rose Tree Corporate Center II
           1400 N. Providence Road, Suite 6035
           Media, PA 19063
           (610) 891-0300
           nicolson@nicolsonlawgroup.com
           yemma@nicolsonlawgroup.com

JONATHAN F. FECZKO, ESQ.
Admitted *Pro Hac Vice*
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
(216) 696-3161
jonathan.feczko@tuckerellis.com

*Attorneys for Defendant Electrolux Home Products, Inc.*

DATE: January 8, 2019

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY | : NO. 5:16-cv-04276-EGS :  :  :  : |
| v. | : : : JURY TRIAL DEMANDED |
| ELECTROLUX HOME PRODUCTS, INC. | : |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendant Electrolux Home Products, Inc.'s Motion for Bifurcation was served electronically on the date stated below, upon the following:

> Raymond E. Mack, Esquire
> Patrick A. Hughes, Esquire
> de Luca Levine, LLC
> Three Valley Square
> 512 E. Township Line Road, Suite 220
> Blue Bell, PA 19422

Respectfully submitted,

NICOLSON LAW GROUP LLC

BY:  /s/ Melissa L. Yemma
CHERYL M. NICOLSON, ESQ.
Attorney I.D. No. 57422
MELISSA L. YEMMA, ESQ.
Attorney I.D. No. 92194
Rose Tree Corporate Center II
1400 N. Providence Road, Suite 6035
Media, PA 19063
(610) 891-0300
nicolson@nicolsonlawgroup.com
yemma@nicolsonlawgroup.com

JONATHAN F. FECZKO, ESQ.
Admitted *Pro Hac Vice*
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
(216) 696-3161
jonathan.feczko@tuckerellis.com

*Attorneys for Defendant Electrolux Home Products, Inc.*

DATE: January 8, 2019