**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY | : : : : : | NO. 5:16-cv-04276-EGS |
| v. | : | JURY TRIAL DEMANDED |
| ELECTROLUX HOME PRODUCTS, INC. | : : | |

**DEFENDANT, ELECTROLUX HOME PRODUCTS, INC.'S
PRETRIAL MEMORANDUM**

Defendant, Electrolux Home Products, Inc. ("Electrolux"), by and through its undersigned counsel, hereby submits this Pretrial Memorandum in accordance with the Order of this Honorable Court dated September 20, 2018.

**I.     BRIEF STATEMENT OF THE NATURE OF THE ACTION AND BASIS FOR COURT'S JURISDICTION**

This lawsuit is a subrogation action in which the Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company; Allstate Property & Casualty Insurance Company and Allstate Vehicle & Property Insurance Company ("Allstate"), seek recovery from Electrolux as a result of 8 unrelated fires at their insureds' homes involving 8 different dryers.

This Court has jurisdiction over this action pursuant to the provisions of 28 U.S.C. §1332 as diversity of citizenship exists between the parties and the amount in controversy exceeds $75,000.00.

## II.    <u>COUNTER-STATEMENT OF THE FACTS[1]</u>

Allstate alleges that Electrolux ball-hitch dryers are defective in design and warnings. However, the ball-hitch design has been in use for over 60 years.  There has been no finding by the CPSC or any government entity that Electrolux ball-hitch dryers are defective.  There has been no recall of the dryers.  Further, there have been a total of five trials with allegations against Electrolux identical to those in this case and each trial resulted in a defense verdict.

Lint is a natural by-product of the laundering process and literature is widely disseminated that fires can occur when lint builds up in the dryer and/or venting.  Fires are a risk for all clothes dryers if the dryer is not properly installed, used or maintained.  The U.S. Fire Administration has found that the leading cause of dryer fires is the owner's failure to clean. Almost every residential insurance company, including Allstate, provides instructions to its insureds for the proper maintenance and cleaning of their dryers to avoid the risk of fire.  *See* Dryer Vent Maintenance  (https://blog.allstate.com/wp-content/uploads/2014/09/Dryer-Vent-Maintenance.pdf) and Power Surges, Dirty Lint Traps and Other Hidden Home Dangers (https://blog.allstate.com/hidden-home-dangers-p2/).

Notwithstanding Allstate's position in this matter, Allstate clearly acknowledges the inherent risk of fire and property damage to homeowners who fail to properly maintain their dryers.  Allstate's website does not single out Electrolux or any particular dryer design as the source of fires.  All insureds are instructed to clean their dryer venting regardless of the type of dryer they own.  Lint buildup and the need for cleaning the dryer and venting are common to all dryers.  It is the very reason that Allstate, Electrolux and other dryer manufacturers instruct their customers to clean their dryers at regular intervals.  In fact, dryer design and manufacturing

---

[1] Please note that the parties are submitting their Pretrial Memoranda simultaneously and Electrolux has not yet received Allstate's Statement of the Facts.

standards require ALL MANUFACTURERS to include specific information printed in their instruction manuals regarding the need for periodic professional maintenance and cleaning of the dryer and venting.

The design of the dryers provides for proper airflow necessary to exhaust lint created during the drying process when the dryers are installed, used and maintained in accord with Electrolux's instructions. With proper installation, use and maintenance, lint does not accumulate in hazardous amounts in the dryer or external venting.  Reduced airflow caused by improper installation, use and maintenance results in increased lint accumulation in the dryer and venting.

Standards have been put in place to prevent or reduce the very small, but well-known risk of fires in dryers.  The dryers at issue in this matter were designed, manufactured and tested in accord with the voluntary safety standards set forth in UL 2158 (electric dryers) and ANSI Z21.5.1 (gas dryers).  The subject dryers were accompanied with clear warnings and instructions for installation, use and maintenance to prevent excess lint accumulation and the risk of fire.

## III.   LIST OF MONETARY DAMAGES CLAIMED

Please refer to Allstate's Pretrial Memorandum.

## IV.   LIST OF TRIAL WITNESSES

Anselmo Almodovar (liability/damages)
1132 East 3rd Street
Bethlehem, PA 18015

Brunilda Almodovar (liability/damages)
1132 East 3rd Street
Bethlehem, PA 18015

Rachael Bullene (liability/damages)
Mamselle Salon
1255 Woodbourne Road
Levittown, PA 19057

Amanda Jackson (liability/damages)
61 Midway Avenue
Langhorne, PA 19047

Benson Christie (liability/damages)
200 Lincoln Avenue
King of Prussia, PA 19406

Cynthia Christie (liability/damages)
200 Lincoln Avenue
King of Prussia, PA 19406

Fire Marshal William Daywalt (liability/damages)
Upper Merion Township Fire Department
175 West Valley Forge Road
King of Prussia, PA 19406

Terry Fisher (liability)
Appliances Unlimited
4365 Perkiomen Avenue
Reading, PA 19508

Robert Gray (liability/damages)
Birchwood at Concord
1112 Smithbridge Road
450 Parker Place, No. 804
Glen Mills, PA 19342

Elizabeth Gutierrez (liability/damages)
449 South 43rd Street
Philadelphia, PA 19104

Gerry Gutierrez (liability/damages)
449 South 43rd Street
Philadelphia, PA 19104

Daniel Quinn (liability/damages)
136 Jackson Street
Philadelphia, PA 19148

Jennifer Quinn (liability/damages)
136 Jackson Street
Philadelphia, PA 19148

Greg Venbrux (liability/damages)
6653 Wilkins Avenue
Pittsburgh, PA 15217

Salome Venbrux (liability/damages)
6653 Wilkins Avenue
Pittsburgh, PA 15217

Marc Weiss (liability/damages)
10 Madison Court
Newtown, PA 18940

Lisa Weiss (liability/damages)
10 Madison Court
Newtown, PA 18940

Peter Silman (liability)
Electrolux Home Products, Inc.
10200 David Taylor Drive
Charlotte, North Carolina

Ron Masa (liability)
Electrolux Home Products, Inc.
10200 David Taylor Drive
Charlotte, North Carolina

Corporate Designee – Electrolux Home Products, Inc. (liability)
10200 David Taylor Drive
Charlotte, North Carolina

Frank Schwalje, P.E. (liability)
Affiliated Engineering
777 New Durham Road
Edison, New Jersey

Kenneth Garside, P.E. (liability)
Affiliated Engineering
777 New Durham Road
Edison, New Jersey

J.P. Purswell, Ph.D., P.E., CPE (liability)
Purswell & Purswell
Ergonomics & Safety Consulting
2035 Mulligan Drive
Colorado Springs, Colorado

John F. McHenry, III, RPA (damages)
McHenry Adjustment Company, Inc.
202 Lakeside Drive
Southampton, Pennsylvania

Dominic Campellone (damages)
Allstate Insurance Company
1200 Atwater Drive
Malvern, Pennsylvania

Elizabeth Guano (damages)
Allstate Insurance Company
1200 Atwater Drive
Malvern, Pennsylvania

Corporate Designee – Allstate Insurance Company (liability/damages)
1200 Atwater Drive
Malvern, Pennsylvania

Electrolux reserves the right to call and question any witness identified by Allstate in this matter and to amend and/or supplement its witness list prior to trial.  Electrolux further reserves the right to call and question rebuttal witnesses not specifically identified herein based upon the testimony presented at trial.

## V.   LIST OF TRIAL EXHIBITS

| Exhibit No. | Description of Exhibit |
| --- | --- |
| D-1 | DVD animation showing free-standing gas dryer components and operation |
| D-2 | Airflow Diagram (gas dryer) |
| D-3 | DVD animation showing free-standing electric dryer components and operation |
| D-4 | Airflow Diagram (electric dryer) |
| D-5 | Exemplar rigid venting |
| D-6 | Exemplar semi-rigid venting |
| D-7 | Exemplar flexible foil venting |

| D-8 | Exemplar flexible plastic/vinyl venting |
|---|---|
| D-9 | Exemplar free-standing gas dryer and component parts |
| D-10 | Exemplar free-standing electric dryer and component parts |
| D-11 | Exemplar gas laundry center and component parts |
| D-12 | Almodovar – Frigidaire brand, free-standing electric dryer – Model No. FER6600FS0 and Serial No. XD70810247 (dryer involved in subject fire) |
| D-13 | Almodovar – Owner's Guide (EHP-Allstate Consolidated-Almodovar 000001-000012) |
| D-14 | Almodovar – Installation Instructions (EHP-Allstate Consolidated-Almodovar 000061-000068) |
| D-15 | Almodovar – Operating Instructions (EHP-Allstate Consolidated-Almodovar 000033-000036) |
| D-16 | Almodovar – Wiring Diagram (EHP-Allstate Consolidated-Almodovar 000037-000038) |
| D-17 | Almodovar – Customer Checklist (EHP-Allstate Consolidated-Almodovar 000039) |
| D-18 | Almodovar – On-Product Label (EHP-Allstate Consolidated-Almodovar 000040) |
| D-19 | Almodovar – On-Product Label (EHP-Allstate Consolidated-Almodovar 000041) |
| D-20 | Almodovar – Factory Parts Catalog (EHP-Allstate Consolidated-Almodovar 000042-000041) |
| D-21 | Almodovar – Bill of Materials (EHP-Allstate Consolidated-Almodovar 000055-000060) |
| D-22 | Almodovar – UL Certificate of Compliance |
| D-23 | Almodovar – City of Bethlehem Fire Report |
| D-24 | Almodovar – Fire Scene Photographs produced by Allstate |
| D-25 | Almodovar – Evidence Chain of Custody produced by Allstate |
| D-26 | Almodovar – Photographs – Kenneth Garside, P.E. (taken March 29, 2017) |
| D-27 | Almodovar – Report of Kenneth Garside, P.E. (dated May 24, 2018) |
| D-28 | Almodovar – Report of J.P. Purswell, Ph.D. (dated May 30, 2018) |
| D-29 | Almodovar – Report of John McHenry (dated May 21, 2018) |

| D-30 | Bullene – Kenmore brand, gas laundry center, Model No. 417.97972701 and Serial No. XE81902320 (dryer involved in subject fire) |
|------|------|
| D-31 | Bullene – Owner's Guide (EHP-Allstate Consolidated-Bullene 000001-000032) |
| D-32 | Bullene – Installation Instructions (EHP-Allstate Consolidated-Bullene 000087-000102) |
| D-33 | Bullene – Operating Instructions (EHP-Allstate Consolidated-Bullene 000053-000060) |
| D-34 | Bullene – Wiring Diagram (EHP-Allstate Consolidated-Bullene 000061) |
| D-35 | Bullene – Customer Checklist (EHP-Allstate Consolidated-Bullene 000062) |
| D-36 | Bullene – On Product Label - Warning (EHP-Allstate Consolidated-Bullene 000063) |
| D-37 | Bullene – On Product Label – Dryer Instructions with 1-800 Number (EHP-Allstate Consolidated-Bullene 000064) |
| D-38 | Bullene – On Product Label – Mfg Home-Closet (EHP-Allstate Consolidated-Bullene 000065) |
| D-39 | Bullene – On Product Label – Remove Shipbolt (EHP-Allstate Consolidated-Bullene 000066-000067) |
| D-40 | Bullene – On Product Label – Warning – Gear Case Spins (EHP-Allstate Consolidated-Bullene 000068) |
| D-41 | Bullene – On Product Label - Warning (EHP-Allstate Consolidated-Bullene 000069) |
| D-42 | Bullene – On Product Label - Warning (EHP-Allstate Consolidated-Bullene 000070) |
| D-43 | Bullene – On Product Label – Washing Instructions (EHP-Allstate Consolidated-Bullene 000086) |
| D-44 | Bullene – Factory Parts Catalog (EHP-Allstate Consolidated-Bullene 000071-000085) |
| D-45 | Bullene – Bill of Materials (EHP-Allstate Consolidated-Bullene 000103-000116) |
| D-46 | Bullene – ANSI/CSA Certificate of Compliance |
| D-47 | Bullene – Middletown Fire Marshal Report |
| D-48 | Bullene – Photographs - Middletown Fire Marshal |
| D-49 | Bullene – William Penn Fire Company Report |
| D-50 | Bullene – Fire Scene Photographs produced by Allstate |
| D-51 | Bullene – Evidence Chain of Custody produced by Allstate |

| D-52 | Bullene – Photographs – Frank Schwalje, P.E. (taken July 31, 2018) |
| D-53 | Bullene – Report of Frank Schwalje, P.E. (dated September 12, 2018) |
| D-54 | Bullene – Report of J.P. Purswell, Ph.D. (dated May 30, 2018) |
| D-55 | Bullene – Report of John McHenry (dated May 21, 2018) |
| D-56 | Christie – Frigidaire brand, free-standing gas dryer – Model No. GLGR1042FS0 (dryer involved in subject fire) |
| D-57 | Christie – Owner's Guide (EHP-Allstate Consolidated-Christie 000003-000009) |
| D-58 | Christie – Installation Instructions (EHP-Allstate Consolidated-Christie 000053-000060) |
| D-59 | Christie – Operating Instructions (EHP-Allstate Consolidated-Christie 000030-000033) |
| D-60 | Christie – Wiring Diagram (EHP-Allstate Consolidated-Christie 000034-000035) |
| D-61 | Christie – Customer Checklist (EHP-Allstate Consolidated-Christie 000036) |
| D-62 | Christie – On-Product Label – Prefab Home-Closet (EHP-Allstate Consolidated-Christie 000037) |
| D-63 | Christie – On-Product Label – Clearance (EHP-Allstate Consolidated-Christie 000038) |
| D-64 | Christie – On-Product Label – Warning with 1-800 Number (EHP-Allstate Consolidated-Christie 000039) |
| D-65 | Christie – Factory Parts Catalog (EHP-Allstate Consolidated-Christie 000040-000052) |
| D-66 | Christie – Bill of Materials (EHP-Allstate Consolidated-Christie 000061-000068) |
| D-67 | Christie – ANSI/CSA Certificate of Compliance |
| D-68 | Christie – Fire Scene Photographs – Rich O'Neill (taken June 17, 2016) |
| D-69 | Christie – Upper Merion Township Fire Marshal Report |
| D-70 | Christie – Photographs - Upper Merion Township Fire Marshal |
| D-71 | Christie – Upper Merion Township Fire Report |
| D-72 | Christie – Upper Merion Township Police Report |
| D-73 | Christie – Fire Scene Photographs produced by Allstate |
| D-74 | Christie – Evidence Chain of Custody produced by Allstate |

| D-75 | Christie – Photographs – Frank Schwalje, P.E. (taken July 31, 2018) |
| D-76 | Christie – Report of Frank Schwalje, P.E. (dated September 12, 2018) |
| D-77 | Christie – Report of J.P. Purswell, Ph.D. (dated May 30, 2018) |
| D-78 | Christie – Report of John McHenry (dated May 21, 2018) |
| D-79 | Gray – Kenmore brand, free-standing electric dryer – Model No. 417.83142201 (dryer involved in subject fire) |
| D-80 | Gray – Owner's Guide (EHP-Allstate Consolidated-Gray 000004-000011) |
| D-81 | Gray – Installation Instructions (EHP-Allstate Consolidated-Gray 000012-000023) |
| D-82 | Gray – Operating Instructions (EHP-Allstate Consolidated-Gray 000024-000025) |
| D-83 | Gray – Wiring Diagram (EHP-Allstate Consolidated-Gray 000026-000027) |
| D-84 | Gray – Customer Checklist (EHP-Allstate Consolidated-Gray 000028) |
| D-85 | Gray – On-Product Label (EHP-Allstate Consolidated-Gray 000029) |
| D-86 | Gray – On-Product Label (EHP-Allstate Consolidated-Gray 000030) |
| D-87 | Gray – On-Product Label (EHP-Allstate Consolidated-Gray 000031) |
| D-88 | Gray – Repair Parts List (EHP-Allstate Consolidated-Gray 000032) |
| D-89 | Gray – Bill of Materials (EHP-Allstate Consolidated-Gray 000043-000048) |
| D-90 | Gray – UL Certificate of Compliance |
| D-91 | Gray – Concordville Fire Marshal Report |
| D-92 | Gray – Photographs - Concordville Fire Marshal |
| D-93 | Gray – Concordville Fire & Protective Association Report |
| D-94 | Gray – Fire Scene Photographs produced by Allstate |
| D-95 | Gray – Evidence Chain of Custody produced by Allstate |
| D-96 | Gray – Photographs – Kenneth Garside, P.E. (taken March 28, 2017) |
| D-97 | Gray – Report of Kenneth Garside, P.E. (taken May 24, 2017) |

| D-98 | Gray – Report of J.P. Purswell, Ph.D. (dated May 30, 2018) |
| D-99 | Gray – Report of John McHenry (dated May 21, 2018) |
| D-100 | Gutierrez – Frigidaire brand, free-standing gas dryer – Model No. GLGQ332AS2 (dryer involved in subject fire) |
| D-101 | Gutierrez – Owner's Guide (EHP-Allstate Consolidated-Gutierrez 000001-000008) |
| D-102 | Gutierrez – Installation Instructions (EHP-Allstate Consolidated-Gutierrez 000009-000017) |
| D-103 | Gutierrez – Operating Instructions (EHP-Allstate Consolidated-Gutierrez 000018-000019) |
| D-104 | Gutierrez – Wiring Diagram (EHP-Allstate Consolidated-Gutierrez 000020-000021) |
| D-105 | Gutierrez – Customer Checklist (EHP-Allstate Consolidated-Gutierrez 000022) |
| D-106 | Gutierrez – On-Product Labels (EHP-Allstate Consolidated-Gutierrez 000023) |
| D-107 | Gutierrez – On-Product Labels (EHP-Allstate Consolidated-Gutierrez 000024) |
| D-108 | Gutierrez – On-Product Labels (EHP-Allstate Consolidated-Gutierrez 000025) |
| D-109 | Gutierrez – Factory Parts Catalog (EHP-Allstate Consolidated-Gutierrez 000026-000037) |
| D-110 | Gutierrez – Bill of Materials (EHP-Allstate Consolidated-Gutierrez 000041) |
| D-111 | Gutierrez – ANSI/CSA Certificate of Compliance |
| D-112 | Gutierrez – Philadelphia Fire Marshal Report |
| D-113 | Gutierrez – Fire Scene Photographs produced by Allstate |
| D-114 | Gutierrez – Evidence Chain of Custody produced by Allstate |
| D-115 | Gutierrez – Photographs – Kenneth Garside, P.E. (taken September 10, 2013) |
| D-116 | Gutierrez – Report of Kenneth Garside, P.E. (dated May 24, 2018) |
| D-117 | Gutierrez – Report of J.P. Purswell (dated May 30, 2018) |
| D-118 | Gutierrez – Report of John McHenry (dated May 21, 2018) |
| D-119 | Quinn – Frigidaire brand, free-standing electric dryer - Model No. GLER642AS3 (dryer involved in subject fire) |
| D-120 | Quinn – Owner's Guide (EHP-Allstate Consolidated-Quinn 000053-000060) |

| | |
|---|---|
| D-121 | Quinn – Installation Instructions (EHP-Allstate Consolidated-Quinn 000016-000024) |
| D-122 | Quinn – Operating Instructions (EHP-Allstate Consolidated-Quinn 000025-000026) |
| D-123 | Quinn – Wiring Diagram (EHP-Allstate Consolidated-Quinn 000027) |
| D-124 | Quinn – Customer Checklist (EHP-Allstate Consolidated-Quinn 000028) |
| D-125 | Quinn – On-Product Labels (EHP-Allstate Consolidated-Quinn 000029) |
| D-126 | Quinn – On-Product Labels (EHP-Allstate Consolidated-Quinn 000030) |
| D-127 | Quinn – On-Product Labels (EHP-Allstate Consolidated-Quinn 000031) |
| D-128 | Quinn – Factory Parts Catalog (EHP-Allstate Consolidated-Quinn 000032-000042) |
| D-129 | Quinn – Bill of Materials (EHP-Allstate Consolidated-Quinn 000047-000052) |
| D-130 | Quinn – UL Certificate of Compliance |
| D-131 | Quinn – Philadelphia Fire House, Engine 53 Report |
| D-132 | Quinn – Fire Scene Photographs produced by Allstate |
| D-133 | Quinn – Evidence Chain of Custody produced by Allstate |
| D-134 | Quinn – Photographs – Kenneth Garside, P.E. (taken March 29, 2017) |
| D-135 | Quinn – Report of Kenneth Garside, P.E. (dated May 24, 2018) |
| D-136 | Quinn – Report of J.P. Purswell, Ph.D. (dated May 30, 2018) |
| D-137 | Quinn – Report of John McHenry (dated May 21, 2018) |
| D-138 | Venbrux – Frigidaire brand, free-standing gas dryer – Model No. GLGR331AS4 and Serial No. XD4112294 (dryer involved in subject fire) |
| D-139 | Venbrux – Owner's Guide (EHP-Allstate Consolidated-Venbrux 000001-000008) |
| D-140 | Venbrux – Installation Instructions (EHP-Allstate Consolidated-Venbrux 000055-000063) |
| D-141 | Venbrux – Operating Instructions (EHP-Allstate Consolidated-Venbrux 000064-000065) |
| D-142 | Venbrux – Wiring Diagram (EHP-Allstate Consolidated-Venbrux 000025-000026) |

| D-143 | Venbrux – Customer Checklist (EHP-Allstate Consolidated-Venbrux 000027) |
|---|---|
| D-144 | Venbrux – On-Product Label (EHP-Allstate Consolidated-Venbrux 000029) |
| D-145 | Venbrux – On-Product Label (EHP-Allstate Consolidated-Venbrux 000030) |
| D-146 | Venbrux – On-Product Label (EHP-Allstate Consolidated-Venbrux 000031) |
| D-147 | Venbrux – Factory Parts Catalog (EHP-Allstate Consolidated-Venbrux 000032-000043) |
| D-148 | Venbrux – Bill of Materials (EHP-Allstate Consolidated-Venbrux 000048-000054) |
| D-149 | Venbrux – ANSI/CSA Certificate of Compliance |
| D-150 | Venbrux – Pittsburgh Fire Department Incident Report |
| D-151 | Venbrux – Pittsburgh Fire Department Supplemental Incident Report |
| D-152 | Venbrux - Pittsburgh Fire Department Scene Photographs |
| D-153 | Venbrux – Pittsburgh Police Department Incident Report |
| D-154 | Venbrux – Fire Scene Photographs produced by Allstate |
| D-155 | Venbrux – Evidence Chain of Custody produced by Allstate |
| D-156 | Venbrux – Photographs - Kenneth Garside, P.E. (taken March 28, 2017) |
| D-157 | Venbrux – Report of Kenneth Garside, P.E. (dated May 24, 2018) |
| D-158 | Venbrux – Report of J.P. Purswell (dated May 30, 2018) |
| D-159 | Venbrux – Report of John McHenry (dated May 21, 2018) |
| D-160 | Weiss – Kenmore brand, free-standing gas dryer – Model No. 417.93142202 (dryer involved in subject fire) |
| D-161 | Weiss – Owner's Guide (EHP-Allstate Consolidated-Weiss 000001-000016) |
| D-162 | Weiss – Installation Instructions (EHP-Allstate Consolidated-Weiss 000017-000028) |
| D-163 | Weiss – Operating Instructions (EHP-Allstate Consolidated-Weiss 000029-000030) |
| D-164 | Weiss – Wiring Diagram (EHP-Allstate Consolidated-Weiss 000031-000032) |
| D-165 | Weiss – Customer Checklist (EHP-Allstate Consolidated-Weiss 000033) |

| D-166 | Weiss – On-Product Label (EHP-Allstate Consolidated-Weiss 000034) |
|---|---|
| D-167 | Weiss – On-Product Label (EHP-Allstate Consolidated-Weiss 000035) |
| D-168 | Weiss – On-Product Label (EHP-Allstate Consolidated-Weiss 000036) |
| D-169 | Weiss – On-Product Label (EHP-Allstate Consolidated-Weiss 000037) |
| D-170 | Weiss – Factory Parts Catalog (EHP-Allstate Consolidated-Weiss 000038-000050) |
| D-171 | Weiss – Bill of Materials (EHP-Allstate Consolidated-Weiss 000054-000059) |
| D-172 | Weiss – ANSI/CSA Certificate of Compliance |
| D-173 | Weiss – Photographs – Brian Canova (taken November 5, 2015) |
| D-174 | Weiss – Newtown Emergency Services Department Fire Investigative Report |
| D-175 | Weiss – Photographs – Joseph Martindell (taken October 16, 2015) |
| D-176 | Weiss – Fire Scene Photographs produced by Allstate |
| D-177 | Weiss – Evidence Chain of Custody produced by Allstate |
| D-178 | Weiss – Photographs – Frank Schwalje, P.E. (taken July 31, 2018) |
| D-179 | Weiss – Report of Frank Schwalje, P.E. (dated September 12, 2018) |
| D-180 | Weiss – Report of J.P. Purswell, Ph.D. (dated May 30, 2018) |
| D-181 | Weiss – Report of John McHenry (dated May 21, 2018) |
| D-182 | Curriculum Vitae of Frank Schwalje, P.E. |
| D-183 | Demonstrative Trial Exhibits - Frank Schwalje, P.E. |
| D-184 | File Materials of Frank Schwalje, P.E. |
| D-185 | Curriculum Vitae of Kenneth Garside, P.E. |
| D-186 | Demonstrative Trial Exhibits - Kenneth Garside, P.E. |
| D-187 | File Materials of Kenneth Garside, P.E. |
| D-188 | Curriculum Vitae of J.P. Purswell, Ph.D. |

| D-189 | Demonstrative Trial Exhibits - J.P. Purswell, Ph.D. |
|---|---|
| D-190 | File Materials of J.P. Purswell, Ph.D. |
| D-191 | Curriculum Vitae of John McHenry |
| D-192 | Demonstrative Trial Exhibits - John McHenry |
| D-193 | File Materials of John McHenry |
| D-194 | CPSC Close Letter (dated June 25, 2018) (EHP-Allstate PA Consolidated 001290-001291) |
| D-195 | Electrolux - Dryer Production History – 1988-2014 (EHP-Allstate PA Consolidated 001256) |
| D-196 | Electrolux - Laundry Division Production History – 1937-2007 |
| D-197 | Electrolux – AHAM – Reported Data – 2003-2009 |
| D-198 | "The Share-of-Market Picture," *Appliance*, September issues, 1994-2009 |
| D-199 | "The Life Expectancy/Replacement Picture," *Appliance*, Vol. 66, No. 7, September 2009: 37-38 |
| D-200 | Industry Clothes Dryer U.S. Shipment Data, AHAM Electric Dryers, 2001-2005 |
| D-201 | Industry Clothes Dryer U.S. Shipment Data, AHAM Electric Dryers, 2005-2009 |
| D-202 | Industry Clothes Dryer U.S. Shipment Data, AHAM Gas Dryers, 2001-2005 |
| D-203 | Industry Clothes Dryer U.S. Shipment Data, AHAM Gas Dryers, 2005-2009 |
| D-204 | 10 CFR 430.23, Title 10, Code of Federal Regulations, part 430, section 23 |
| D-205 | Integrated Product Development Manual (EHP-Allstate PA Consolidated 000483-000641) |
| D-206 | Clothes Catching Between Lower Felt & Drum Glide (Electrolux Service Bulletin – December 2004) |
| D-207 | Front Felt Seal – LN0906 |
| D-208 | Gaps Forming on Front Felt Seal – LN1001 (Rev. A – January 15, 2010) |
| D-209 | Gaps Forming on Front Felt Seal – LN1001 (Rev. B – May 12, 2010) |
| D-210 | Service Manual – 27-inch – Gas & Electric Models - 2002 |
| D-211 | Service Manual – 27-inch – Gas & Electric Models - 2003 |

| D-212 | Service Manual – Gas & Electric Laundry Centers - 2003 |
|---|---|
| D-213 | Service Manual – 5.75 Cu. Ft. Dryer Gas & Electric – Good and Better Models and Gas & Electric Laundry Centers - 2005 |
| D-214 | Service Manual – 5.75 Cu. Ft. Dryer Gas & Electric 6000 and 7000 Models - 2006 |
| D-215 | Servicing Affinity & Gallery Series – 5.8 Cu. Ft. Dryers Gas & Electric |
| D-216 | Technical Training Manual - 2000 |
| D-217 | Technical Training Manual - 2003 |
| D-218 | Technical Training Manual - 2004 |
| D-219 | Technical Training Manual - 2006 |
| D-220 | Technical Training Manual - 2008 |
| D-221 | Engineering drawings – Almodovar dryer |
| D-222 | Engineering drawings – Bullene laundry center |
| D-223 | Engineering drawings – Christie dryer |
| D-224 | Engineering drawings – Gray dryer |
| D-225 | Engineering drawings – Gutierrez dryer |
| D-226 | Engineering drawings – Quinn dryer |
| D-227 | Engineering drawings – Venbrux dryer |
| D-228 | Engineering drawings – Weiss dryer |
| D-229 | METI Official Decision |
| D-230 | ANSI Z21.5.1 – Standard for Gas Clothes Dryers |
| D-231 | UL 2158 – Standard for Electric Clothes Dryers |
| D-232 | Guide for Fire and Explosion Investigations – NFPA 921 |
| D-233 | Standard for Professional Qualifications for Fire Investigator – NFPA 1033 |
| D-234 | ASTM Sections – Preservation of Scene and Examination of Evidence |

| D-235 | Thermal Degradation and Ignition Characteristics of Clothes Dryer Lint |
|---|---|
| D-236 | FEMA's U.S. Fire Administration National Fire Data Center, Report on Clothes Dryer Fires in Residential Buildings (2002-2004), January 2007 |
| D-237 | FEMA's U.S. Fire Administration National Fire Data Center, Report on Clothes Dryer Fires in Residential Buildings (2008-2010), August 2012 |
| D-238 | NFPA – The U.S. Home Products Reports (Appliances and Equipment Involved in Fires) - 2002 |
| D-239 | NFPA - Home Fires Involving Clothes Dryers and Washing Machines - 2009 |
| D-240 | NFPA - Home Fires Involving Clothes Dryers and Washing Machines - 2012 |
| D-241 | NFPA - Home Fires Involving Clothes Dryers and Washing Machines - 2017 |
| D-242 | Product Safety Tips: Clean those lint traps – UL promotes clothes dryer safety |
| D-243 | Analysis of Industry Data on Clothes Dryer Fire Incidents, August 2002 (AHAM) |
| D-244 | Clothes Dryer Safety Fact Sheet (AHAM) |
| D-245 | CPSC - Final Report on Electric Clothes Dryers and Lint Ignition Characteristics and Appendices A through I - May 2003 |
| D-246 | CPSC – Clothes Dryer Project – Final Report on Electric and Gas Clothes Dryers - February 2000 |
| D-247 | CPSC – Report on Electric and Gas Clothes Dryer Tests Under Clothes Dryer Project – March 1999 |
| D-248 | CPSC – 2002-2004 Residential Fire Loss Estimates - July 2007 |
| D-249 | CPSC – 2006-2008 Residential Fire Loss Estimates - July 2011 |
| D-250 | CPSC Safety Alert – Overheated Clothes Dryers Can Cause Fires – Publication 5022 |
| D-251 | CPSC – An Evaluation of Using Indicators to Inform Consumers of Clothes Dryer Status – June 2011 |
| D-252 | CPSC – Consumer Opinion Forum, Survey #3, September 2010 |
| D-253 | CPSC – Overheated Dryers Can Cause Fires – June 2003 |
| D-254 | CPSC – Clothes Dryer Fires – Market Information – November 1998 |
| D-255 | CPSC – Data Summary on Gas and Electric Clothes Dryers – May 1998 |
| D-256 | Memorandum – CPSC, dated March 12, 1999 – Subject: Report on the electric and gas clothes dryer tests under clothes dryer project |
| D-257 | "Clothes Dryer Safety," National Fire Protection Association, Quincy, Massachusetts |

| D-258 | Clothes Dryer Fire Safety Outreach Materials – February 2018 (FEMA) |
| D-259 | Fact Sheet 2006-2010 – Home Fires Involving Clothes Dryers and Washing Machines (NFPA) |
| D-260 | Fact Sheet 2010-2014 – Home Fires Involving Clothes Dryers and Washing Machines (NFPA) |
| D-261 | Dryers and Washing Machines (NFPA) |
| D-262 | Compression effects on pressure loss in flexible HVAC ducts, 2002 (U.S. Department of Energy) |
| D-263 | ASHRAE Duct Design – Fluid Resistance (American Society of Heating Refrigeration and Air Conditioning Engineers), 2001 Fundamentals Handbook; 2000 Systems and Equipment Handbook |
| D-264 | "Dryer Safety Tips," National Fire Protection Association, Quincy, Massachusetts, www.nfpa.org |
| D-265 | "Prevent Dryer Fires," FireFactors, Office of the State Fire Marshal, Commonwealth of Massachusetts, Stow, Massachusetts, www.mass.gov/dfs |
| D-266 | Analyzing Lint Deposition Within the Residential Electric Clothes Dryer, Delmar "Trey" Morrison |
| D-267 | Assessing Electric Dryer Lint Fire Cause Scenarios, Delmar "Trey" Morrison |
| D-268 | Video – Carl King – Dryer Assembly/Disassembly on June 8, 2012 |
| D-269 | Photographs – Carl King – Dryer Assembly/Disassembly on June 8, 2012 |
| D-270 | Dryer Drum Bearing Test Video |
| D-271 | Dryer Drum Bearing Test Protocol |
| D-272 | Dryer Drum Bearing Comparison Videos – Shop Vac |
| D-273 | Dryer Drum Bearing Comparison Videos – Smoke Alarm |
| D-274 | Webster City Lint Accumulation Testing – Free-Standing Gas Dryer Protocol |
| D-275 | Webster City Lint Accumulation Testing - Free-Standing Gas Dryer Photographs (set up) |
| D-276 | Webster City Lint Accumulation Testing – Free-Standing Gas Dryer Photographs (restricted) |
| D-277 | Webster City Lint Accumulation Testing – Free-Standing Gas Dryer Photographs (normal) |
| D-278 | Webster City Lint Accumulation Testing - Free-Standing Gas Dryer – Data Logs – Dryer (restricted) |
| D-279 | Webster City Lint Accumulation Testing - Free-Standing Gas Dryer – Data Logs – Dryer (normal) |

| | |
|---|---|
| D-280 | Webster City Lint Accumulation Testing - Free-Standing Gas Dryer – End Data |
| D-281 | Webster City Lint Accumulation Testing – Free-Standing Electric Dryer Protocol |
| D-282 | Webster City Lint Accumulation Testing - Free-Standing Electric Dryer Photographs (set up) |
| D-283 | Webster City Lint Accumulation Testing – Free-Standing Electric Dryer Photographs (restricted) |
| D-284 | Webster City Lint Accumulation Testing – Free-Standing Electric Dryer Photographs (normal) |
| D-285 | Webster City Lint Accumulation Testing - Free-Standing Electric Dryer – Data Logs – Dryer (restricted) |
| D-286 | Webster City Lint Accumulation Testing - Free-Standing Electric Dryer – Data Logs – Dryer (normal) |
| D-287 | Webster City Lint Accumulation Testing - Free-Standing Electric Dryer – End Data |
| D-288 | Back Pressure Chart |
| D-289 | AHAM HLD-1-1992 |
| D-290 | ASTM D2960-05 |
| D-291 | Front Seal Air Flow Testing |
| D-292 | Front Seal Air Flow Testing - Video |
| D-293 | Front Seal Air Flow Testing - Photographs |
| D-294 | Dryer Vent Maintenance - Allstate https://blog.allstate.com/wp-content/uploads/2014/09/Dryer-Vent-Maintenance.pdf |
| D-295 | Power Surges, Dirty Lint Traps and Other Hidden Home Dangers – Allstate https://blog.allstate.com/hidden-home-dangers-p2/?intcid=ILC-Internal-Search-Results-120808:dryer:result%204&_ga=1.140891569.2034793281.1483666880 |
| D-296 | Avoid Common Household Hazards – Allstate https://blog.allstate.com/avoid-common-household-hazards/ |
| D-297 | "Mayhem" Series Video – Allstate https://www.youtube.com/watch?v=tibN00wXlxk |
| D-298 | Turner, W. C. (Ed.). (1993). *Introduction to industrial and systems engineering.* Pearson College Division |
| D-299 | Misra, K.B. (2008) Maintenance engineering and maintainability: An introduction in Handbook of performability engineering. New York: Springer |
| D-300 | Hoffman, Mathew E. "The Consumer Product Safety Commission: In Search of a Regulatory Pattern." *Colum. JL & Soc. Probs.* 12 (1975): 393 |

| D-301 | Lockton, Daniel. Architectures of Control in Consumer Product Design |
|---|---|
| D-302 | Vogel, David. When Consumers Oppose Consumer Protection: The Politics of Regulatory Backlash *Journal of Public Policy*, Vol. 10, No. 4 (Oct. - Dec., 1990), pp. 449-470 Published by: Cambridge University Press |
| D-303 | Hall, Frank. Safety Interlocks – The Dark Side. *Triodyne Safety Brief.* (1992). |
| D-304 | Young S., Frantz, P, & Rhoades T. (2002) Behavioral Adaptation: Unintended Consequences of Safety   Interventions. *Proceedings of the Human Factors & Ergonomics Society.* vol. 46 no. 10, 895-899 |
| D-305 | Barnett, R. & Hamilton, B., (1982) Philosophical Aspects of Dangerous Safety Systems. *Society of Automotive Engineers – Safety Series*. September 1983 |
| D-306 | Human Factors Perspectives on Warnings, Volume I: Selections from Human Factors and Ergonomics Society Meetings 1980-1993 (1993) |
| D-307 | Human Factors Perspectives on Warnings, Volume 2: Selections from Human Factors and Ergonomics Society Proceedings 1994-2000 (2000) |
| D-308 | Warnings and Risk Communication (2005) |
| D-309 | Handbook of Warnings (2006) |
| D-310 | Rauschenberger, R., Sala, J., and Wood, C. (2015) Product warnings and the involuntary capture of   attention. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting*, vol. 59, 1423-1427 |
| D-311 | Chen, J., Gilson, R., and Mouloua, M. (1997) Perceived risk dilution with multiple warnings. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting*, vol. 41, 831-835. |
| D-312 | Frantz, J., Rhoades, T., S. Young, and Schiller, J. (1999) Potential Problems Associated with Overusing Warnings. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting*, vol. 43, 916-920 |
| D-313 | Barnett, R. & Hamilton, B., (1982) Philosophical Aspects of Dangerous Safety Systems. *Society of Automotive Engineers – Safety Series*. September 1983. |
| D-314 | Allstate's Amended Complaint |
| D-315 | Electrolux's Answer to Allstate's Amended Complaint with Affirmative Defenses |
| D-316 | Allstate's Answers to Electrolux's Interrogatories |
| D-317 | Allstate's Responses to Electrolux's Request for Production of Documents and documents produced by Allstate in discovery |
| D-318 | Allstate's Rule 26(a)(1) Disclosures and documents produced by Allstate |
| D-319 | Electrolux's Responses to Allstate's First Set of Requests for Production of Documents and documents produced by Electrolux in discovery, including EHP-Allstate PA Consolidated 000001-001291, EHP-004383-008411, EHP-ALLSTA001292-071370 and EHP_SF0000001-0375244 |

| D-320 | Electrolux's Responses to Allstate's Second Set of Requests for Production of Documents and documents produced by Electrolux in discovery, including EHP-Allstate PA Consolidated 000001-001291, EHP-004383-008411, EHP-ALLSTA001292-071370 and EHP_SF0000001-0375244 |
| D-321 | Electrolux's Rule 26(a)(1) Disclosures and documents produced by Electrolux in discovery, including EHP-Allstate PA Consolidated 000001-001291, EHP-004383-008411, EHP-ALLSTA001292-071370 and EHP_SF0000001-0375244 |
| D-322 | Deposition transcript and exhibits of Anselmo Almodovar (taken May 18, 2017) |
| D-323 | Deposition transcript and exhibits of Brunilda Almodovar (taken May 18, 2017) |
| D-324 | Deposition transcript and exhibits of Rachael Bullene (taken May 11, 2017) |
| D-325 | Deposition transcript and exhibits of Amanda Jackson (taken June 13, 2017) |
| D-326 | Deposition transcript and exhibits of Benson Christie (taken February 24, 2017) |
| D-327 | Deposition transcript and exhibits of Cynthia Christie (taken February 24, 2017) |
| D-328 | Deposition transcript and exhibits of William Daywalt (taken June 12, 2017) |
| D-329 | Deposition transcript and exhibits of Terry Fisher (taken June 16, 2017) |
| D-330 | Deposition transcript and exhibits of Robert Gray (taken April 26, 2017) |
| D-331 | Deposition transcript and exhibits of Elizabeth Gutierrez (taken July 23, 2014) |
| D-332 | Deposition transcript and exhibits of Gerry Gutierrez (taken July 23, 2014) |
| D-333 | Deposition transcript and exhibits of Daniel Quinn (taken April 25, 2017) |
| D-334 | Deposition transcript and exhibits of Jennifer Quinn (taken April 25, 2017) |
| D-335 | Deposition transcript and exhibits of Greg Venbrux (taken May 3, 2017) |
| D-336 | Deposition transcript and exhibits of Salome Venbrux (taken May 3, 2017) |
| D-337 | Deposition transcript and exhibits of Marc Weiss (taken February 27, 2017) |
| D-338 | Deposition transcript and exhibits of Lisa Weiss (taken February 27, 2017) |
| D-339 | Deposition transcript and exhibits of Dominic Campellone (taken September 12, 2017) |
| D-340 | Deposition transcript and exhibits of Elizabeth Guano (taken September 8, 2017) |

| D-341 | Deposition transcript and exhibits of Michael Stoddard (taken June 11, 2018) |
|-------|-----------------------------------------------------------------------------|
| D-342 | Deposition transcript and exhibits of Michael Stoddard (taken July 13, 2018) |
| D-343 | Deposition transcript and exhibits of William Vigilante, Ph.D. (taken June 15, 2018) |

Electrolux reserves the right to use any exhibits identified by Allstate in this case and to amend and/or supplement its exhibit list prior to trial.  Electrolux further reserves the right to use rebuttal exhibits not specifically identified herein based upon the testimony presented at trial.

## VI.    ESTIMATE OF THE NUMBER OF DAYS REQUIRED FOR TRIAL

Electrolux's case: 7-10 days

## VII.   SPECIAL COMMENTS REGARDING LEGAL ISSUES, STIPULATIONS, AMENDMENTS OF PLEADINGS, OR OTHER APPROPRIATE MATTERS

Motions *in limine* are due on January 8, 2018, which is also the deadline for the parties' Pretrial Memoranda.  It is anticipated that Allstate will be filing Motions to preclude/limit expert testimony and to preclude certain evidence at trial.  These motions will be resolved after Electrolux submits its Pretrial Memorandum and accordingly, Electrolux reserves the right to amend its Pretrial Memorandum depending on the disposition of the anticipated Motions *in limine*.

NICOLSON LAW GROUP LLC

BY:    /s/ Melissa L. Yemma
CHERYL M. NICOLSON, ESQ.
Attorney I.D. No. 57422
MELISSA L. YEMMA, ESQ.
Attorney I.D. No. 92194
Rose Tree Corporate Center II
1400 N. Providence Road, Suite 6035
Media, PA 19063

(610) 891-0300
nicolson@nicolsonlawgroup.com
yemma@nicolsonlawgroup.com

JONATHAN F. FECZKO, ESQ.
Admitted *Pro Hac Vice*
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
(216) 696-3161
jonathan.feczko@tuckerellis.com

*Attorneys for Defendant Electrolux Home Products, Inc.*

DATE: <u>January 8, 2019</u>

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALLSTATE INSURANCE COMPANY; ALLSTATE   :
INDEMNITY COMPANY; ALLSTATE PROPERTY &   :
CASUALTY INSURANCE COMPANY; ALLSTATE   : NO. 5:16-cv-04276-EGS
VEHICLE & PROPERTY INSURANCE COMPANY   :
  :
                  v.                     : JURY TRIAL DEMANDED
  :
ELECTROLUX HOME PRODUCTS, INC.   :

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendant, Electrolux Home Products, Inc.'s Pretrial Memorandum was served electronically on the date stated below, upon the following:

Raymond E. Mack, Esquire
Patrick A. Hughes, Esquire
de Luca Levine, LLC
Three Valley Square
512 E. Township Line Road, Suite 220
Blue Bell, PA 19422

NICOLSON LAW GROUP LLC

BY:   /s/ Melissa L. Yemma
          CHERYL M. NICOLSON, ESQ.
          Attorney I.D. No. 57422
          MELISSA L. YEMMA, ESQ.
          Attorney I.D. No. 92194
          Rose Tree Corporate Center II
          1400 N. Providence Road, Suite 6035
          Media, PA 19063
          (610) 891-0300
          nicolson@nicolsonlawgroup.com
          yemma@nicolsonlawgroup.com

          JONATHAN F. FECZKO, ESQ.
          Admitted *Pro Hac Vice*
          TUCKER ELLIS LLP

950 Main Avenue, Suite 1100
Cleveland, OH 44113
(216) 696-3161
jonathan.feczko@tuckerellis.com

*Attorneys for Defendant Electrolux Home Products, Inc.*

DATE: <u>January 8, 2019</u>