IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY and ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY<br>         Plaintiffs<br><br>  v.<br><br>ELECTROLUX HOME PRODUCTS, INC.<br><br>         Defendant | Civil Action No. 16-cv-04276<br><br><br>JURY DEMANDED |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND**

Plaintiffs, Allstate Insurance Company, Allstate Indemnity Company, Allstate Property & Casualty Company and Allstate Vehicle & Property Insurance Company (collectively, "Allstate"), by and through their attorneys, de Luca Levine LLC, herein file this Motion seeking leave to file a Second Amended Complaint pursuant to Federal Rule of Civil Procedure 15 to remove all references to Allstate, insurance and subrogation to avoid prejudice at trial.  In support thereof, Plaintiffs rely on the attached Memorandum of Law.

                              Respectfully submitted,

                              **de LUCA LEVINE LLC**

                              **BY:** *Patrick A. Hughes*
                              RAYMOND E. MACK, ESQUIRE
                              I.D. No.: 91815
                              rmack@delucalevine.com
                              PATRICK A. HUGHES, ESQUIRE
                              I.D. No. 91415
                              phughes@delucalevine.com
                              Three Valley Square
                              512 East Township Line Rd, Ste. 220
                              Blue Bell, PA  19422
                              215-383-0227 (Direct)/215-383-0082 (Fax)
                              *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Patrick A. Hughes, hereby certify that a true and correct copy of Plaintiffs' Motion for Leave to Amend was served on January 19, 2019, upon all counsel of record via electronic filing on ECF/PACER.

**de LUCA LEVINE LLC**

**BY:** *Patrick A. Hughes*
RAYMOND E. MACK, ESQUIRE
I.D. No.: 91815
rmack@delucalevine.com
PATRICK A. HUGHES, ESQUIRE
I.D. No. 91415
phughes@delucalevine.com
Three Valley Square
512 East Township Line Rd, Ste. 220
Blue Bell, PA  19422
215-383-0227 (Direct)
215-383-0082 (Fax)
*Attorneys for Plaintiffs*