# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC. | : NO. 5:16-cv-04276-EGS<br>:<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>: |

**DEFENDANT ELECTROLUX HOME PRODUCTS, INC.'S MOTION TO STAY TRIAL**

Defendant Electrolux Home Products, Inc. ("Electrolux"), by and through its counsel, Nicholson Law Group LLC, files the within Motion to Stay Trial, and avers as follows:

1. Electrolux hereby moves this Honorable Court for entry of an Order staying trial in this matter until the United States government reopens.

2. In support thereof, Electrolux simultaneously files herewith and incorporates herein by reference its supporting Memorandum of Law.

          Respectfully submitted,

          NICOLSON LAW GROUP LLC

BY:   /s/ Melissa L. Yemma
          CHERYL M. NICOLSON, ESQ.
          Attorney I.D. No. 57422
          MELISSA L. YEMMA, ESQ.
          Attorney I.D. No. 92194
          Rose Tree Corporate Center II
          1400 N. Providence Road, Suite 6035
          Media, PA 19063
          (610) 891-0300
          nicolson@nicolsonlawgroup.com
          yemma@nicolsonlawgroup.com

                                                JONATHAN F. FECZKO, ESQ.
                                                Admitted *Pro Hac Vice*
                                                TUCKER ELLIS LLP
                                                950 Main Avenue, Suite 1100
                                                Cleveland, OH 44113
                                                (216) 696-3161
                                                jonathan.feczko@tuckerellis.com

                                                *Attorneys for Defendant Electrolux Home Products, Inc.*

DATE: <u>January 21, 2019</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY; ALLSTATE INDEMNITY COMPANY; ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY; ALLSTATE VEHICLE & PROPERTY INSURANCE COMPANY<br><br>v.<br><br>ELECTROLUX HOME PRODUCTS, INC. | : NO. 5:16-cv-04276-EGS<br>:<br>:<br>:<br>:<br>:<br>:<br>: JURY TRIAL DEMANDED<br>: |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Defendant, Electrolux Home Products, Inc.'s Motion to Stay, was served electronically on the date stated below, upon the following:

Raymond E. Mack, Esquire
Patrick A. Hughes, Esquire
de Luca Levine, LLC
Three Valley Square
512 E. Township Line Road, Suite 220
Blue Bell, PA 19422

NICOLSON LAW GROUP LLC

BY:   /s/ Melissa L. Yemma
CHERYL M. NICOLSON, ESQ.
Attorney I.D. No. 57422
MELISSA L. YEMMA, ESQ.
Attorney I.D. No. 92194
Rose Tree Corporate Center II
1400 N. Providence Road, Suite 6035
Media, PA 19063
(610) 891-0300
nicolson@nicolsonlawgroup.com
yemma@nicolsonlawgroup.com


JONATHAN F. FECZKO, ESQ.
Admitted *Pro Hac Vice*

                        TUCKER ELLIS LLP
                        950 Main Avenue, Suite 1100
                        Cleveland, OH 44113
                        (216) 696-3161
                        jonathan.feczko@tuckerellis.com

*Attorneys for Defendant Electrolux Home Products, Inc.*

DATE: January 21, 2019